UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD
REGION 14
1222 SPRUCE ST
RM 8.302
SAINT LOUIS, MO 63103-2829

Agency Website: www.nlrb.gov
Telephone: (314)539-7770
Fax: (314)539-7794

August 25, 2021

Kevin T. McLaughlin, Attorney
Greensfelder, Hemker & Gale, P.C.
10 South Broadway
Suite 2000
Saint Louis, MO 63102

Re:   Teamsters Local 682 (Breckenridge Material Company)
      Case 14-CC-276803

Dear Mr. McLaughlin:

We have carefully investigated and considered your charge that Teamsters Local 682 has violated the National Labor Relations Act.

**Decision to Dismiss:**  Based on that investigation, I have decided to dismiss your charge because there is insufficient evidence to establish a violation of the Act.

**Charging Party's Right to Appeal:**  The Charging Party may appeal my decision to the General Counsel of the National Labor Relations Board, through the Office of Appeals.

**Means of Filing:  You must file your appeal electronically or provide a written statement explaining why electronic submission is not possible or feasible. Written instructions for the NLRB's E-Filing system and the Terms and Conditions of the NLRB's E-Filing policy are available at www.nlrb.gov. See User Guide.  A video demonstration which provides step-by-step instructions and frequently asked questions are also available at www.nlrb.gov.  If you require additional assistance with E-Filing, please contact e-Filing@nlrb.gov**.

You are encouraged to also submit a complete statement of the facts and reasons why you believe my decision was incorrect.  If you cannot file electronically, please send the appeal and your written explanation of why you cannot file electronically to the **General Counsel** at the **National Labor Relations Board, Attn: Office of Appeals, 1015 Half Street SE, Washington, DC 20570-0001**.  Unless filed electronically, a copy of the appeal should also be sent to me.

The appeal MAY NOT be filed by fax or email.  The Office of Appeals will not process faxed or emailed appeals.

**Appeal Due Date:** The appeal is due on **September 8, 2021**. If the appeal is filed electronically, the transmission of the entire document through the Agency's website must be completed **no later than 11:59 p.m. Eastern Time** on the due date.  If filing by mail or by delivery service an appeal will be found to be timely filed if it is postmarked or given to a

**EXHIBIT A**

Teamsters Local 682 (Breckenridge Material     - 2 -                                         August 25, 2021
Company)
Case 14-CC-276803

delivery service no later than September 7, 2021.  **If an appeal is postmarked or given to a delivery service on the due date, it will be rejected as untimely**.  If hand delivered, an appeal must be received by the General Counsel in Washington D.C. by 5:00 p.m. Eastern Time on the appeal due date.  If an appeal is not submitted in accordance with this paragraph, it will be rejected.

**Extension of Time to File Appeal:** The General Counsel may allow additional time to file the appeal if the Charging Party provides a good reason for doing so and the request for an extension of time is **received on or before September 8, 2021.**  The request may be filed electronically through the *E-File Documents* link on our website www.nlrb.gov, by fax to (202)273-4283, by mail, or by delivery service.  The General Counsel will not consider any request for an extension of time to file an appeal received after September 8, 2021, **even if it is postmarked or given to the delivery service before the due date**.  Unless filed electronically, a copy of the extension of time should also be sent to me.

**Confidentiality:** We will not honor requests to limit our use of appeal statements or evidence.   Upon a request under the Freedom of Information Act (FOIA) by a party during the processing of an appeal, the Agency's FOIA Branch discloses appeal statements, redacted for personal privacy, confidential source protection, or other applicable FOIA exemptions.   In the event the appeal is sustained, any statement or material submitted may be introduced as evidence at a hearing before an administrative law judge. However, certain evidence produced at a hearing may be protected from public disclosure by demonstrated claims of confidentiality.

Very truly yours,

WILLIAM B. COWEN
Acting Regional Director

WBC:da

Enclosure

cc:     James "Ed" Kimbrell
        Teamsters Local 682
        5730 Elizabeth Ave
        Saint Louis, MO 63110

Teamsters Local 682 (Breckenridge Material Company) - 3 - August 25, 2021
Case 14-CC-276803

Daniel M. McLaughlin, Attorney
Spector, Wolfe, McLaughlin, O'Mara & Hall, LLC
710 South Kirkwood Rd
Kirkwood, MO 63122

Nathan McKean, Chief Executive Officer
Breckenridge Material Company
2833 Breckenridge Industrial Court
St. Louis, MO 63144